**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **STANLEY FORD,** | ) | **CASE NO. 1:18 CV 1155** |
| | ) | |
| Plaintiff, | ) | **JUDGE DAN AARON POLSTER** |
| | ) | |
| vs. | ) | **MINUTES OF TELECONFERENCE** |
| | ) | and |
| **CITIZENS BANK, N.A.,** | ) | **STIPULATED DISMISSAL ORDER** |
| | ) | |
| Defendant. | ) | |

The Court held a scheduled teleconference on January 14, 2019 with Attorneys Marc Dann for Plaintiff and Kathleen A. Nitschke for Defendant at which time they reported that they had settled the case. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Dan A. Polster    January 14, 2019*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**